**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| USDC SDNY | | |
| DOCUMENT | | |
| ELECTRONICALLY FILED | | |
| DOC #:_____ | | |
| DATE FILED: 3/24/2026 | | |

| | | |
|---|---|---|
| ANGELA HENDERLIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:26-cv-00467 |
| v. | ) | |
| | ) | Judge Valerie Caproni |
| ZEALTHY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S *UNOPPOSEED* MOTION TO STAY PROCEEDINGS PENDING THE COURT'S RULING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION**

PLEASE TAKE NOTICE that, upon all prior pleadings and proceedings, and the accompanying Memorandum of Law dated March 23, 2026, Defendant Zealthy, Inc. will move this Court, before the Honorable Valerie Caproni at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 20C, New York, NY 10007, for an order staying all proceedings in this case and vacating the Initial Pretrial Conference scheduled for April 3, 2026. Counsel for Defendant has conferred with counsel for Plaintiff regarding this motion and counsel for Plaintiff does not oppose the motion.

Dated: March 23, 2026

Respectfully submitted,

**ZEALTHY, INC.**

/s/ Alexander Talel
By one of its attorneys
Alexander Talel, Esq.
ICE MILLER LLP
1500 Broadway, 29th FL
New York, NY 10036
Telephone: 212-824-4975
Fax: 212-824-4982
alex.talel@icemiller.com
*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ANGELA HENDERLIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:26-cv-00467 |
| v. | ) | |
| | ) | Judge Valerie Caproni |
| ZEALTHY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS *UNOPPOSEED* MOTION TO STAY PROCEEDINGS PENDING THE COURT'S RULING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION**

## I.      INTRODUCTION

On March 5, 2026, Defendant filed a Motion to Compel Arbitration (ECF #13) as Defendant asserts that Plaintiff agreed to arbitrate any disputes arising from her account with Zealthy.  Defendant now requests the Court to stay all further proceedings in this action pending the Court's decision on Defendant's pending Motion to Compel Arbitration.  Counsel for Defendant has discussed this Motion with counsel for Plaintiff and Plaintiff does not oppose the motion and agrees that this action should be stayed pending the Court's decision on Defendant's Motion to Compel Arbitration.

## II.      ARGUMENT

**A.      THE COURT HAS DISCRETION TO GRANT A STAY OF PROCEEDINGS AND IN THE CASE OF A MOTION TO STAY PENDING THE COURT'S DECISION ON DEFENDANT'S MOTION TO COMPEL ARBITRATION, THE MOTION SHOULD BE GRANTED ABSENT A COMPELLING REASON TO DENY IT**

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S.Ct. 163, 81 L.Ed. 153

1

(1936).  "The decision whether to issue a stay is therefore firmly within a district court's discretion." *Catskill Mountains Chapter of Trout Unlimited, Inc. v. U.S. E.P.A.*, 630 F. Supp. 2d 295, 304 (S.D.N.Y. 2009).

Courts differentiate between applications for a stay of discovery made in connection with motions to compel arbitration and motions to dismiss.  In cases such as the instant case, where a stay is sought pending a motion to compel arbitration, the courts in this Second Circuit have granted stays without even considering the three-factor test[1] traditionally applied in determining whether a stay of discovery should be granted.  *Alvarez v. Experian Info. Solutions, Inc.*, No. 2:19-CV-03343 (JS) (JMW), 2021 WL 2349370, at \*2 (E.D.N.Y. June 7, 2021). "[A] stay pending a motion to compel arbitration should be granted absent compelling reasons to deny it." *Merida Capital Partners III LP v. Fernane,* No. 25 CV 01235(JAV), 2025 WL 1541072 (S.D.N.Y. May 30, 2025) citing *Alvarez,* 2021 WL 2349370 at \*4.

**B.      THERE IS NO COMPELING REASON TO DENY THE STAY**

Here Plaintiff agrees that the requested stay should be granted and there is no compelling reason to deny it.  Granting the stay allows the Parties to avoid a potential waste of their resources that would likely occur if the Court were to grant Defendant's Motion to Compel Arbitration. Further, a stay would avoid the potential waste of precious judicial resources.

### III.    CONCLUSION

There is no compelling reason to deny the requested stay and thus the Court should grant the stay pending its decision on Defendant's Motion to Compel Arbitration, and stay all proceedings in this action including the submission of a Joint Letter by March 26, 2026 as required

---

[1] In evaluating whether to stay discovery courts generally apply a three factor test: (1) whether the defendant has made a strong showing that the plaintiff's claim is unmeritorious; (2) the breadth of discovery and the burden of responding to it; and (3) the risk of unfair prejudice to the party opposing the stay. Alloway v Bowlero Corp., No. 2:24-cv-04738 (SJB), 2026 WL 493952 (S.D.N.Y. Feb. 23, 2026).

under the Court's Order of January 21, 2026 (ECF #7), and vacating the initial pretrial conference set for April 3, 2026.

Dated: March 23, 2026                                        Respectfully submitted,

                                                            **ZEALTHY, INC.**

                                                            /s/ Alexander Talel
                                                            By one of its attorneys
                                                            Alexander Talel, Esq.
                                                            ICE MILLER LLP
                                                            1500 Broadway, 29th FL
                                                            New York, NY 10036
                                                            Telephone: 212-824-4975
                                                            Fax: 212-824-4982
                                                            alex.talel@icemiller.com
                                                            *Counsel for Defendant*

### CERTIFICATION OF WORD COUNT

I, Alexander Talel, an attorney duly admitted to practice law before the courts of the State of New York and in the Southern District of New York, hereby certify that the Memorandum of Law submitted herewith contains 647 words, excluding the parts of the document that are exempted by Local Rule 7.1. This certificate is prepared in reliance on the word-count function of the word processing system used to prepare the document.

Dated: March 23, 2026                    **ICE MILLER LLP**

                                         By: /s/ Alexander Talel

Application GRANTED.  The joint submission deadline of March 26, 2026, and Initial Pretrial Conference scheduled for Friday, April 3, 2026, are adjourned *sine die*.  The case is STAYED pending the Court's decision on Defendant's Motion to Compel Arbitration at Dkt. 13.

SO ORDERED.                              3/24/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE